## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **THE GRAY INSURANCE COMPANY** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:12-CV-36** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **T.S. ELECTRIC, INC. and** | ) | |
| **MEREDITH A. SISK,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER GRANTING DEFAULT JUDGMENT

THIS MATTER came before Clerk upon Plaintiff The Gray Insurance Company's Motion for Default Judgment against Defendants T.S. Electric, Inc. and Meredith A. Sisk (collectively, the "Defendants"). It appears that said Motion is well taken and should be **GRANTED**, and default judgment is hereby entered against the Defendants, jointly and severally, in the amount of $544,263.06.

Signed: July 17, 2012

Frank G. Johns, Clerk
United States District Court

## CERTIFICATE OF SERVICE

659336

I hereby certify that on July 16, 2012, I send a copy of the foregoing via U.S. Mail to each of the following:

T.S. Electric, Inc.
c/o Timothy A. Sisk (Registered Agent)
1900 Industrial Pike
Gastonia, North Carolina 28052

T.S. Electric, Inc.
P.O. Box 1355
Gastonia, North Carolina 28053

Meredith A. Sisk
118 East Main Street
Cherryville, North Carolina 28021

/s/ Jeffrey S. Price